UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23238-KMW

DOUG LONGHINI,

    Plaintiff,

v.

THE MORTGAGE BANK BUILDING, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, THE MORTGAGE BANK BUILDING, LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of certain terms in the Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once this is completed, which they reasonably expect to do no later than seven (7) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant. Respectfully submitted this January 24, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jaime Pozo* |
| ANTHONY J. PEREZ | JAIME POZO |
| Florida Bar No. 535451 | Florida Bar No: 496561 |
| GARCIA-MENOCAL & PEREZ, P.L. | POZO-DIAZ & POZO, P.A. |
| 350 Sevilla Avenue, Suite 200 | 9260 Sunset Drive, Suite 119 |
| Coral Gables, Fl 33134 | Miami, Florida 33173 |
| Telephone: (305) 553- 3464 | Telephone: (786) 866-8124 |
| Email: ajperez@lawgmp.com | Email: rsuarez@pdplawyers.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 24, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ