**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-cv-23238-KMW

DOUG LONGHINI,

    Plaintiff,
v.

THE MORTGAGE BANK BUILDING, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, DOUG LONGHINI, ("Plaintiff"), and Defendant, THE MORTGAGE BANK BUILDING, LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on February 1, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jaime Pozo* |
| ANTHONY J. PEREZ | JAIME POZO |
| Florida Bar No. 535451 | Florida Bar No: 496561 |
| GARCIA-MENOCAL & PEREZ, P.L. | POZO-DIAZ & POZO, P.A. |
| 350 Sevilla Avenue, Suite 200 | 9260 Sunset Drive, Suite 119 |
| Coral Gables, Fl 33134 | Miami, Florida 33173 |
| Telephone: (305) 553- 3464 | Telephone: (786) 866-8124 |
| Email: ajperez@lawgmp.com | Email: (305) 412-7360 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on February 1, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com


By: ___/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ
      Florida Bar No.: 535451